AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ALLIED PILOTS ASSOCIATION
14600 Trinity Boulevard
Fort Worth, TX 76155

**SUMMONS IN A CIVIL CASE**

V.

AMERICAN AIRLINES, INC.
4333 Amon Carter Boulevard
Fort Worth, TX 76155

CASE

Case: 1:08-cv-00191
Assigned To : Sullivan, Emmet G.
Assign. Date : 2/1/2008
Description: Labor-ERISA

TO: (Name and address of Defendant)

American Airlines, Inc.
4333 Amon Carter Boulevard
Fort Worth, TX 76155

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven K. Hoffman
James & Hoffman, P.C.
1101 17th Street, N.W., Suite 510
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          FEB - 1 2008

CLERK                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE February 1, 2008 |
| NAME OF SERVER *(PRINT)* Annette M. Sabella | TITLE Legal Secretary |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): <u>See attached Exhibit 1.</u>

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on <u>February 14, 2008</u>      <u>/s/ Annette M. Sabella</u>
                Date      *Signature of Server*

                                    James & Hoffman, P.C.
                                    1101 17th Street, N.W., Suite 510
                                    <u>Washington, D.C. 20036-4748</u>
                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIED PILOTS ASSOCIATION, ) | |
| ) | |
| Plaintiff, ) | Case No. 08-cv-00191 (EGS) |
| ) | |
| v. ) | |
| ) | |
| AMERICAN AIRLINES, Inc. ) | |
| ) | |
| Defendant. ) | |

## AFFIDAVIT OF SERVICE

I, ANNETTE M. SABELLA, do hereby state and affirm as follows:

1. I am over eighteen years of age and employed as a Legal Secretary by the law firm James & Hoffman, P.C., in Washington, D.C.

2. On February 1, 2008, I sent the Summons and Complaint in the above-captioned action and other associated materials via certified mail, return receipt requested, to Defendant American Airlines, Inc.'s ("American") designated District of Columbia agent for service of process, the CT Corporation, at 1015 15th Street, N.W., Suite 1000, Washington, D.C. 20005.

3. After several days passed and I had not received the return receipt for the package, on February 12, 2008, I called the CT Corporation and spoke to supervisor Mark Diffenbaugh.

4. Mr. Diffenbaugh informed me that CT Corporation had received the package on February 6, 2008, and had forwarded it on that date to American.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| February 14, 2008 | /s/ Annette M. Sabella |
| Date | Annette M. Sabella |