# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIED PILOTS ASSOCIATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:08-cv-00191-EGS |
| ) | |
| AMERICAN AIRLINES INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DISCLOSURE OF CORPORATE AFFILIATIONS
## AND FINANCIAL INTERESTS

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for American Airlines, Inc., certify that to the best of my knowledge and belief the following are parent companies, subsidiaries or affiliates of American Airlines, Inc. which have outstanding securities in the hands of the public:  AMR Corporation.

These representations are made in order that judges of this Court may determine the need for recusal.

1-WA/2931617.2

Dated: February 26, 2008	Respectfully submitted,

| | |
|---|---|
| OF COUNSEL | /s/ Thomas E. Reinert, Jr. |
| Francis C. Heil | Thomas E. Reinert, Jr. (D.C. Bar # 336867) |
| American Airlines, Inc. | Jonathan C. Fritts (D.C. Bar # 464011) |
| 4333 Amon Carter Blvd., MD 5675 | Russell R. Bruch (D.C. Bar # 503288) |
| Fort Worth, TX 76155 | MORGAN, LEWIS & BOCKIUS LLP |
| | 1111 Pennsylvania Ave., N.W. |
| | Washington, DC  20004 |
| | (202) 739-5084 |
| | Fax: (202) 739-30001 |
| | Email: treinert@morganlewis.com |
| | |
| | Counsel for Defendant |
| | AMERICAN AIRLINES, INC. |

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of February, 2008, I caused a true and correct copy of the foregoing Disclosure Of Corporate Affiliations And Financial Interests to be served by first class mail, postage prepaid, on the following counsel of record:

>Steven K. Hoffman
>JAMES & HOFFMAN
>1101 17th Street, NW
>Suite 510
>Washington, DC 20036
>(202) 496-0500
>Fax: (202) 496-0555
>Email: skhoffman@jamhoff.com

>/s/ Thomas E. Reinert, Jr.
>Thomas E. Reinert, Jr.

1-WA/2931617.2