IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALLIED PILOTS ASSOCIATION,<br>14600 Trinity Boulevard<br>Fort Worth, TX 76155<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN AIRLINES, Inc.<br>4333 Amon Carter Boulevard<br>Fort Worth, TX 76155<br>　　　　　　　　Defendant. | Case No. 08-191 (EGS) |

## MEET AND CONFER REPORT

Pursuant to this Court's February 26, 2008, Order, Federal Rule of Civil Procedure 26(f), and Local Civil Rule 16.3(d), Plaintiff Allied Pilots Association ("APA") and Defendant American Airlines, Inc. ("American") respectfully submit their meet and confer report. The meet and confer conference was conducted in person by the undersigned counsel on April 1, 2008. The results of the conference are set forth below:

### Summary of Claims and Defenses

The APA's Complaint against American seeks declaratory and injunctive relief to preserve the status quo with respect to wages and working conditions mandated by Sections 2, Seventh and 6 of the Railway Labor Act ("RLA"), 45 U.S.C. §§ 152, Seventh, 156, during negotiations for a successor labor contract. Specifically, the APA contends that American unilaterally altered the terms and conditions of the governing collective bargaining agreement between the APA and American by imposing on November 12, 2007, a new, unpaid training requirement at the same time that American had proposed a paid training requirement during

statutorily mandated bargaining, but the parties had not yet reached an agreement on the proposal.

American's Answer denies that there has been any change in the status quo under the RLA that would support declaratory or injunctive relief. American further avers that the subject matter of the Complaint – pilot review of computer Airport Familiarization Modules as part of preparation for flight or reserve duty – is also the subject of APA Presidential Grievance 06-021, filed by APA on May 3, 2006, prior to the commencement of Section 6 negotiations. American maintains that it has an established past practice under the collective bargaining agreement of not compensating pilots for off-duty time spent reviewing Airport Familiarization materials in paper, photographic, and/or video format. Because the Complaint presents a minor dispute within the exclusive jurisdiction of the System Board of Adjustment pursuant to 45 U.S.C. § 184, the Court lacks jurisdiction over this dispute under the Railway Labor Act, 45 U.S.C. § 151 *et seq.*

## Local Civil Rule 16.3(c) Topics

1.  Dispositive Motions. The parties agree that it is possible this case may be disposed of by dispositive motion. Any dispositive motion filed by the APA will include a motion for a preliminary injunction. The parties have agreed upon a schedule for filing dispositive motions, which is set out in Paragraph 6, *infra*.

2.  Joining Parties or Amending Pleadings. The parties agree that any other parties shall be joined and the pleadings amended no later than **April 15, 2008**.

3.  Assignment to Magistrate Judge. The parties do not agree to the assignment of this case to a Magistrate for all purposes, including trial.

4. <u>Settlement</u>. The parties' positions regarding the prospects for settlement in this case are difficult to ascertain at this early stage of litigation, but both parties remain open to settlement discussions.

5. <u>Alternative Dispute Resolution</u>. The APA believes that this dispute should be properly resolved through the mediated bargaining process between the two parties currently being overseen by the National Mediation Board. Alternatively, the APA believes that Court-sponsored mediation following the close of discovery may be helpful.

American believes that there is a statutorily mandated and available alternative dispute mechanism for resolving this dispute – arbitration before a System Board of Adjustment pursuant to 45 U.S.C. § 184. Although the APA filed Presidential Grievance 06-021 on May 3, 2006, the APA has failed to advance that dispute to arbitration. American does not believe Court-sponsored mediation would be appropriate or helpful in this dispute.

6. <u>Dispositive Motions; Proposed Dates</u>. The parties agree that cross-dispositive motions, including the APA's motion for preliminary injunction, are to be filed no later than **September 12, 2008**. Oppositions to those motions are to be filed no later than **October 3, 2008**, and replies filed no later than **October 15, 2008**.

7. <u>Initial Disclosures</u>. The parties have agreed that initial disclosures will be exchanged no later than **May 1, 2008**.

8. <u>Discovery Plan</u>. The parties have agreed that discovery will close on **August 1, 2008**. The parties intend to follow the discovery limits set forth in the Federal Rules of Civil Procedure and anticipate taking no more than five depositions each. However, the parties reserve the right to conduct the number of depositions called for in Fed. R. of Civ. P. 30. At this time, the parties

do not believe a protective order will be necessary in this case, but if any issues arise in discovery, they will attempt to address the issue cooperatively.

9.      <u>Expert Witnesses</u>.  The parties do not expect to present expert testimony.  If expert witnesses are used, the parties intend to comply with the pre-existing rules governing experts.

10.     <u>Class Actions</u>.  This is not a class action.

11.     <u>Bifurcation</u>.  The parties believe there is no need to bifurcate or manage these proceedings in phases.

12.     <u>Pretrial Conference</u>.  The parties ask that the Court set a pretrial conference date.

13.     <u>Trial Date</u>.  The parties request a trial date approximately 45 days after the pretrial conference date set by the Court.

14.     <u>Other Matters</u>.  There are no other matters.

                                    Respectfully submitted,

/s/ THOMAS E. REINERT, JR.                        /s/ STEVEN K. HOFFMAN
Thomas E. Reinert, Jr. (D.C. Bar # 336867)        Steven K. Hoffman (D.C. Bar # 384696)
Jonathan C. Fritts (D.C. Bar # 464011)            James & Hoffman, P.C.
Russell R. Bruch (D.C. Bar # 503288)              1101 17th Street, N.W., Suite 510
MORGAN, LEWIS & BOCKIUS LLP                       Washington, D.C.  20036
1111 Pennsylvania Ave., N.W.                      (202) 496-0500
Washington, DC 20004                              Fax: (202) 496-0555
(202) 739-5084                                    Email: skhoffman@jamhoff.com
Fax: (202) 739-30001
Email: treinert@morganlewis.com                   Attorneys for Allied Pilots Association

OF COUNSEL

Francis C. Heil
American Airlines, Inc.
4333 Amon Carter Blvd., MD 5675
Fort Worth, TX 76155

Attorneys for American Airlines, Inc.

Dated: April 10, 2008