REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE K

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | | | | |
|---|---|---|---|---|
| CASE NO:<br>08-191 | DATE REFERRED:<br>4/14/08<br><br>DISPOSITION DATE: | PURPOSE:<br>SETTLEMENT | JUDGE:<br>EMMET G. SULLIVN | MAG. JUDGE<br>ALAN KAY |

| PLAINTIFF (S) :<br>ALLIED PILOTS ASSOCIATION | DEFENDANT(S):<br>AMERICAN AIRLINES, INC. |
|---|---|

| ENTRIES: |
|---|
| |